UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. G. Michael Harvey, U.S.M.J. |
| v. | : | 1:21-mj-00361 |
| | : | |
| MICHEAL J. RUSYN | : | NOTICE OF ATTORNEY |
| | : | APPEARANCE |
| _____ | : | |

Please take notice that Andrea Dechenne Bergman, Esq. (Assistant Federal Public Defender in the District of New Jersey) makes an appearance as counsel of record for Defendant Micheal Rusyn.

Respectfully Submitted,

Andrea Dechenne Bergman
Assistant Federal Public Defender

Dated: April 14, 2021