UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00303 (ABJ) |
| v. : | |
| : | |
| MICHAEL JOSEPH RUSYN, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S EXHIBIT LIST FOR SENTENCING**

The government will offer the following exhibits at the defendant's sentencing, which will be shared with the Court and with defense counsel today (December 9, 2021).

1. Photograph posted to the defendant's Facebook account at 7:29 a.m. on January 6, 2021

2. Image from the defendant's Facebook account of apparent live recording at 2:10 p.m. on January 6, 2021

3. Photograph posted to the defendant's Facebook account at 2:16 p.m. on January 6, 2021

4. Recording from U.S. Capitol Police surveillance footage of breach of eastern Rotunda doors at around 2:24 p.m. (camera faces doors)

5. Recording from U.S. Capitol Police surveillance footage of the defendant's entry into the U.S. Capitol Building at around 2:27 p.m. (camera faces doors)

6. Recording from U.S. Capitol Police surveillance footage of breach of eastern Rotunda doors at around 2:24 p.m. and defendant's entry into the U.S. Capitol Building at around 2:27 p.m. (camera faces Rotunda)

7. Recording from U.S. Capitol Police surveillance footage of defendant's travel through the Rotunda

8. Recording from U.S. Capitol Police surveillance footage of the crowd and the defendant's arrival in the Statuary Hall connector

9. Recording from John Earle Sullivan ("JaydenX") of the crowd's arrival in the Statuary Hall connector

10. Recording from John Earle Sullivan ("JaydenX") of the crowd's "We Want Trump" chant in the Statuary Hall connector

11. Recording from U.S. Capitol Police surveillance footage showing the defendant participating in "We Want Trump" chant in the Statuary Hall connector

12. Recording from U.S. Capitol Police surveillance footage showing the breach of the police line in the Statuary Hall Connector

13. Recording from John Earle Sullivan ("JaydenX") showing the breach of the police line in the Statuary Hall Connector

14. Photograph of barricade of main door to the House of Representatives chamber

15. Video from the defendant's cellphone in which co-defendant Lee celebrated the breach of the Capitol

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:   */s/ Michael J. Romano*
      MICHAEL J. ROMANO
      IL Bar No. 6293658
      Trial Attorney / Detailee
      U.S. Attorney's Office
      555 4th Street, N.W., Room 4838
      Washington, D.C.  20530
      Office: 202-307-6691
      michael.romano@usdoj.gov