UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00303 (ABJ) |
| v. : | |
| : | |
| MICHAEL JOSEPH RUSYN, : | |
| : | |
| Defendant. : | |

## NOTICE OF SENTENCING EXHIBITS

On December 9, 2021, the government delivered to the Court a USB thumb drive that contained the fifteen exhibits identified in its sentencing memorandum (Dkt. 49) and described specifically in its accompanying exhibit list. (Dkt. 49-1.) The government has provided these exhibits to the defendant by way of the USAfx file-sharing system.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   */s/ Michael J. Romano*
MICHAEL J. ROMANO
IL Bar No. 6293658
Trial Attorney / Detailee
U.S. Attorney's Office
555 4th Street, N.W., Room 4838
Washington, D.C.  20530
Office: 202-307-6691
michael.romano@usdoj.gov