# EXHIBIT B

**Michael J. Rusyn**

Dear Honorable Judge Amy Berman Jackson,

When I traveled to Washington DC on January 6th my only intention was to see the former President, Donald J Trump, give his final speech before our new President, Joseph R Biden, would be sworn into office. At the time I felt it would be a good experience to witness a part of history in the making but unfortunately that is not what happened.

Donald J Trump was more than an hour and a half late. I ended up walking to the capital building because I was told there were guest speakers there. When people started to approach the front of the capital, I followed the crowd. After my first few footsteps, I had a terrible feeling about this and I should have known that nothing good could happen. The course of events that took place that day have forever changed my life for the worst.

When I entered the capital building I knew immediately it was wrong but somehow felt I would be leaving Debbi on her own if I didn't. This was against my normally better judgement and it was wrong for me to follow the crowd. After leaving the capital and looking at the news on the way to the bus, I had an overwhelming feeling of devastation. I was disgusted. I was upset with myself for not making the right decision and for now being attached to the mayhem of that day. It tore me apart even though I was not a part of the violence or property destruction. On the walk back to the bus, the news of other awful things that happened in the building saddened me. It was disgusting and disrespectful and embarrassing for our country. I didn't post anything on social media because I'm embarrassed. I have no interest in politics at all anymore. I lost several acquaintances because that is all they want to talk about. I don't have interest in voting. There hasn't been a day that went by where this did not weigh heavily on my mind.

It has been very difficult for me to fulfill my daily responsibilities as a father to my two daughters and a caretaker to my grandmother who suffered a stroke. I have been suffering from depression, anxiety and panic attacks. I am a role model for my children and I am seeking counseling.

The local news stations along with the local newspapers, drug my name through the mud countless times. As a result, working in my profession, I was judged, I was talked negatively about, and I believe it led to me being laid off from work and unemployed. It affected my relationship with my children. Even though we have an amazing strong bond together and share unconditional love, I could see how this has an impact on them as well.

My daughters, Mikaila 13 and Nadia 12, have been going through hardship living with their mother. When they are with her, they are basically raising themselves and this is a huge concern for me that they aren't getting the proper care and guidance they need. They struggle with school work and their grades. They get absolutely no help from their mother with homework, studying for tests, etc. when they are at her house. I try to pick up every ounce of

slack I can by doing schoolwork when they are with me and encouraged them to get better grades. Their mother has another child that is 16 months old. I understand how she has her hands full with a baby but she didn't help them before the new baby either. Their mother recently moved a new boyfriend (not the baby's father) in to her house to live with my daughters. My daughters dislike him and do not get along with him. They often see and hear things that they shouldn't. He is abusive to their mother and my children have to witness it. As a result, my children are more dependent on me to provide them with love and stability.

I know what I did was wrong. I want to do everything I can to move on from this and just be there for my daughters and my grandmother who depend on me. I have let them down. Even if the news dies down and people forget about me, I have to live with how hard this has been for my family. I am truly sorry.

Sincerely,


Michael Rusyn
December 10, 2021